AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Temima Spetner, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   19-cv-00005-ENV-RLM |
| Palestine Investment Bank | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Palestine Investment Bank*                                                                                    .

Date:      02/01/2019                                                 /s/ Mitchell R. Berger
                                                                                         *Attorney's signature*

*reserving all of Defendant's jurisdictional
and other defenses, including objections to
the sufficiency of service of process.

                                                                     Mitchell R. Berger (MB-4112)
                                                                          *Printed name and bar number*

                                                                        Squire Patton Boggs (US) LLP
                                                                                 2550 M Street, NW
                                                                             Washington, D.C. 20037

                                                                                         *Address*

                                                                        mitchell.berger@squirepb.com
                                                                                    *E-mail address*

                                                                                 (202) 457-6000
                                                                                *Telephone number*

                                                                                 (202) 457-6315
                                                                                    *FAX number*