UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEMINA SPETNER, et al.,<br><br>                    Plaintiffs,<br><br>- v –<br><br>PALESTINE INVESTMENT BANK,<br><br>                    Defendants. | :<br>:<br>:<br>:<br>:<br>: No. 1:19-cv-00005-ENV-RLM<br>:<br>:<br>:<br>:<br>: |

### RULE 7.1 STATEMENT OF DEFENDANT
### PALESTINE INVESTMENT BANK

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Palestine Investment Bank makes the following disclosure through its undersigned counsel:

1. Palestine Investment Bank does not have a parent corporation; and

2. No publicly held corporation owns 10% or more of the Palestine Investment Bank's stock.

Dated: February 26, 2019

Respectfully submitted,
SQUIRE PATTON BOGGS (US) LLP

/s/ Gassan A. Baloul
Gassan A. Baloul
Squire Patton Boggs (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112
Telephone: (212) 872-9800
Facsimile: (212) 872-9815

Mitchell R. Berger
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315
*Counsel for Defendant Palestine Investment Bank*

## CERTIFICATE OF SERVICE

I hereby certify this 26th day of February, 2019, the foregoing Corporate Disclosure Statement for Defendant Palestine Investment Bank was served on all counsel through the Court's electronic filing system.

/s/ Gassan A. Baloul
*Counsel for Defendant*
*Palestine Investment Bank*
