

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C.  20037

O   +1 202 457 6000
F   +1 202 457 6315
squirepattonboggs.com


Mitchell R. Berger
T   +1 202 457 5601
mitchell.berger@squirepb.com

May 17, 2019

**VIA ECF**

Hon. Eric N. Vitaliano
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *Spetner, et al, v. Palestine Investment Bank*, **Case Number 1:19-cv-00005 (ENV) (RLM)**

Dear Judge Vitaliano:

     This law firm represents the Defendant, Palestine Investment Bank ("PIB"), in the above-referenced action. We write pursuant to the Court's Order of May 13, 2019, in which the Court granted PIB leave to proceed with its motion to dismiss the Complaint and directed the parties to file a joint proposed briefing schedule.  The parties have conferred and agreed upon the following schedule, subject to the Court's approval:

- Moving papers shall be due on or before August 5, 2019;

- Opposition papers shall be due on or before September 11, 2019;

- Reply papers shall be due on or before October 2, 2019.

     The parties respectfully request that the Court so-order the above schedule for the briefing of PIB's motion to dismiss.

                            Respectfully submitted,

                            Squire Patton Boggs (US) LLP

                            Mitchell R. Berger

cc:  All counsel of record (via ECF)

47 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.
010-8780-7422/1/AMERICAS