

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C.  20037

O   +1 202 457 6000
F   +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T   +1 202 457 6155
gassan.baloul@squirepb.com

August 5, 2019

**VIA ELECTRONIC AND FIRST CLASS MAIL**

Gary M. Osen
Osen LLC
2 University Plaza
Suite 402
Hackensack, NJ 07601

Re: *Spetner, et al., v. Palestine Investment Bank*, **Case Number 1:19-cv-00005 (E.D.N.Y.) (ENV) (RLM)**

Counsel:

      This law firm represents the Defendant, Palestine Investment Bank ("PIB"), in the above-referenced action. In accordance with Rule 3(D) of Judge Vitaliano's Individual Motion Practices and Rules, as well as the Court's Scheduling Order of May 17, 2019, we hereby serve you with the following papers, copies of which are enclosed:

1. PIB's Notice of Motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1), Fed. R. Civ. P. 12(b)(2), and Fed. R. Civ. P. 12(b)(6);

2. Memorandum of Law in Support of Motion to Dismiss of Defendant PIB; and

3. Declaration of Mohammad Sami Aghbar.

Sincerely,

Squire Patton Boggs (US) LLP

/s/ *Gassan A. Baloul*
Gassan A. Baloul

cc: Hon. Eric N. Vitaliano (via ECF without enclosures)
    All counsel of record (via electronic and first class mail)

47 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.