# Exhibit A

بنك الاستثمار الفلسطيني
**Palestine Investment Bank**

ID#: 0
TEL : 0

899 - Albireh    20000080
فرع البيرة

PAY TO. OR ORDER ادفعوا لامر رانية عمر عبد الحميم يا بلي

$ 10,000

THE SUM OF مبلغ عشرة الاف دولار أمريكي

DATE التاريخ

SIGNATURE التوقيع

CHEQUE NO رقم الشيك    BRANCH NO رقم الفرع    ACCOUNT NO رقم الحساب

⑆20000080 ⑈76⑉899024⑉ 0400419851⑆

---

A/C : 02-02-040-04198515
-

بنك الاستثمار الفلسطيني
**Palestine Investment Bank**

ID#: 0
TEL : 0

899 - Albireh    20000079
فرع البيرة

PAY TO. OR ORDER ادفعوا لامر هناء عبد الناصر احمد حبيب

$ 10,000

THE SUM OF مبلغ عشرة الاف دولار أمريكي

DATE التاريخ

SIGNATURE التوقيع

CHEQUE NO رقم الشيك    BRANCH NO رقم الفرع    ACCOUNT NO رقم الحساب

⑆20000079 ⑈76⑉899024⑉ 0400419851⑆

---

A/C : 02-02-040-04198515
-

بنك الاستثمار الفلسطيني
**Palestine Investment Bank**

ID#: 0
TEL : 0

899 - Albireh    20000078
فرع البيرة

PAY TO. OR ORDER ادفعوا لامر محمد عبد حسين بر

$ 15,000

THE SUM OF مبلغ خمسة عشرة الف دولار أمريكي

DATE التاريخ

SIGNATURE التوقيع

CHEQUE NO رقم الشيك    BRANCH NO رقم الفرع    ACCOUNT NO رقم الحساب

⑆20000078 ⑈76⑉899024⑉ 0400419851⑆

---

A/C : 02-02-040-04198515
-

بنك الاستثمار الفلسطيني
**Palestine Investment Bank**

ID#: 0
TEL : 0

899 - Albireh    20000077
فرع البيرة

PAY TO. OR ORDER ادفعوا لامر فاطمة علي حسين حلبية

$ 15,000

THE SUM OF مبلغ خمسة عشرة الف دولار أمريكي

DATE التاريخ

SIGNATURE التوقيع

CHEQUE NO رقم الشيك    BRANCH NO رقم الفرع    ACCOUNT NO رقم الحساب

⑆20000077 ⑈76⑉899024⑉ 0400419851⑆

المرجع ايرانى

سند قبض

**RECEIPT VOUCHER**

دولار 15,000

وصلني من _____ هيئة تكرم العربية _____
Received From

المبلغ المرقوم اعلاه وقدره _____ خمسة عشرة الف دولار أبريل _____
The sum of

وذلك عن _____ 
Being _____

التاريخ _____ Date _____    التوقيع _____ Sig _____

---

المرجع ايرانى

رقم السند
942715335

سند قبض

**RECEIPT VOUCHER**

دولار 15,000

وصلني من _____ هيئة تكرم العربية _____
Received From

المبلغ المرقوم اعلاه وقدره _____ خمسة عشرة الف دولار أبريل _____
The sum of

وذلك عن _____ 
Being _____

التاريخ _____ Date _____    التوقيع _____ Sig _____

**ENGLISH TRANSLATION OF CHECKS AND RECEIPT VOUCHERS**

*Martyr*

*Mazen al-Nabulsi*                                                                                      *Jerusalem*

| | |
|---|---|
| Palestine Investment Bank | A/C: 02-02-040-04198515 |
| 899-Al-Bireh                20000080 | ID#: 0 |
| Al-Bireh Branch | Tel: 0 |
| Pay to, or Order: Raniya Fahmi Abd al-Hamid Nabulsi | |
| The Sum of: Ten Thousand American Dollars          $10,000 | |
| Signature:  (-) | Date: 22/1/2002 |
| Cheque no.          Branch no.          Account no. | |
| 20000080          76 89902          0400419851 | |

*Martyr*

*Abd al-Naser Hadib*                                                                                      *Jericho*

| | |
|---|---|
| Palestine Investment Bank | A/C: 02-02-040-04198515 |
| 899-Al-Bireh                20000079 | ID#: 0 |
| Al-Bireh Branch | Tel: 0 |
| Pay to, or Order: Hanan Abd al-Naser Ahmad Hadib | |
| The Sum of: Ten Thousand American Dollars          $10,000 | |
| Signature:  (-) | Date: 22/1/2002 |
| Cheque no.          Branch no.          Account no. | |
| 20000079          76 89902          0400419851 | |

*Martyr*

*Usama Muhammad*

*Ayd Baher*

*Jerusalem*

*Dahiyat*

*Al-Barid*

| | | |
|---|---|---|
| Palestine Investment Bank | | A/C: 02-02-040-04198515 |
| 899-Al-Bireh | 20000078 | ID#: 0 |
| Al-Bireh Branch | | Tel: 0 |
| Pay to, or Order: Muhammad Ayd Husein Baher | | |
| The Sum of: Fifteen Thousand American Dollars | | $15,000 |
| Signature:  (-) | | Date: 22/1/2002 |
| Cheque no. | Branch no. | Account no. |
| 20000078 | 76 89902 | 0400419851 |

*Received by*

*Khader Muhammad Asad*

*Burqan*

*Abu Dis*

*Jerusalem*

| | | |
|---|---|---|
| Palestine Investment Bank | | A/C: 02-02-040-04198515 |
| 899-Al-Bireh | 20000077 | ID#: 0 |
| Al-Bireh Branch | | Tel: 0 |
| Pay to, or Order: Fatima Ali Husein Halabiya | | |
| The Sum of: Fifteen Thousand American Dollars | | $15,000 |
| Signature:  (-) | | Date: 22/1/2002 |
| Cheque no. | Branch no. | Account no. |
| 20000077 | 76 89902 | 0400419851 |

*Martyr*

*Nabil Mahmud*

*Jamil Halabiya*

[Illegible]

---

**Receipt Voucher**

15,000 Dollars

**I received from:** Arab Liberation Front/ President Saddam Hussein's Grace

**The abovementioned sum which is:** Fifteen Thousand Dollars

**This is for:** The Grace of the President Commander Saddam Hussein for the Father of the martyr Usama Muhammad Ayd Husein Bahar to his father, Muhammad Ayd Husein Bahar

**Date:** 22/1/2002          **Siganture:** (-)Muhammad Ayd Husein

---

ID no. 942715335

**Receipt Voucher**

15,000 Dollars

**I received from:** Arab Liberation Front

**The abovementioned sum which is:** Fifteen Thousand Dollars

**This is for:** The Grace of the President Commander Saddam Hussein for the family of the martyr Nabil Mahmud Jamil Halabiya, received by [illegible] Fatima Ali Husein Halabiya

**Date:** 22/1/2002

**Siganture:** (-) Fatima Ali Husein