# Exhibit C

```
CONTROL REPORT (CONTD)        08/23/01  22:54
SEQ NUM: (CONT)     010823501292  CREATED: 08/23/01 15:30:48.84
AUTHENTICATION STATUS:
INBOUND MESSAGE AUTH RESULT:
CALCULATED AUTH RESULT:
RECEIPT ACK/NAK STATUS:
RECEIPT ACK/NAK COMMKEY:
DELIVERY ACK/NAK STATUS:
DELIVERY ACK/NAK COMMKEY:


        TIMESTAMP              OPERATOR        INITS PROCESS  TERMINAL

08/23/01 15:30  271975A MENDOZA        AXM  $X193   \EUEA7
        CREATED BY THE FUNDS TRANSFER OPERATOR.
08/23/01 15:35  19759 WILLIAMS         SW         \EICE
        APPROVAL REQUEST SENT FROM ORF TO EDSPLANO.
08/23/01 15:35                         $DD1A
        APPROVAL REQUEST APPROVED BY EDSPLANO.
08/23/01 15:59  1975J CURRY            JHC        \EUEA6
        REVIEWED AND APPROVED BY THE REVIEW/RELEASE OPERATOR.
08/23/01 15:59                         $MCPA
        DOMESTIC TRANSACTION CREATED.
08/23/01 15:59                         $MCPA
        QUEUED TO THE DOMESTIC OUTBOUND FORMATTER.
08/23/01 15:59                         $F11A
        TRANSMITTED TO FED USING REFNUM/OMSN 001635 AT 15:59

CALLER (SRC):
    MAISSAM MAHMOUD
ORIGINATOR (ORG):
    /D001070001258
    HOLYLAND FOUNDATION GENERAL
    P O BOX 832390
    RICHARDSON, TX 75083
RECEIVING BANK (RCU):              OPTION:  A   SW ADDR:  CHASUS33
    CHASE MANHATTAN BANK, THE
    NEW YORK, NY
BENEFICIARY'S BANK (BBK):          OPTION:  D
    VIA CHASE MANHATTAN FFC ARAB JORDAN
    INVESTMENT BK SWF AJIBJOAX AMMAN
    JORDAN FFC PALESTINE INVESTMENT BK
    BEERAH BR RAMALLAH ISRAEL
BENEFICIARY (BNF):                 OPTION:  D
    ACCT: /41914
    HOLYLAND FOUNDATION
CHARGES TO (CHG):
    BEN




                                                       FRAME N 20
```

```
CONTROL REPORT (CONT:
SEQ NUM: (CONT)        O:
AUTHENTICATION STATU:
INBOUND MESSAGE AUTH
CALCULATED AUTH RESU:
RECEIPT ACK/NAK STATU
RECEIPT ACK/NAK COMM
DELIVERY ACK/NAK STAT
DELIVERY ACK/NAK COM


    TIMESTAMP

08/23/01 15:34  27192
        CREATED BY T
08/23/01 15:35  19755
        APPROVAL REG
08/23/01 15:35
        APPROVAL REC
08/23/01 15:38  1975M
        REVIEWED AN:
08/23/01 15:38
        FORMATTED FC
08/23/01 15:38
        QUEUED TO TH
08/23/01 15:38
        TRANSMITTED
08/23/01 15:38
        POSITIVE REC
08/23/01 15:38
        DOMESTIC TRA
08/23/01 15:38
        SENT FOR DIS
08/23/01 15:38
        FULL COMMLOG

CALLER (SRC):
    M DE LA CRUZ/MARI
ORIGINATOR (ORG):
    /6010031508644
    GEORGINA E FELIX
    5 DE FEBRERO 565
    CD OBREGON SONORA
RECEIVING BANK (RCU):
    BBVA BANCOMER, S.
    MEXICO
    (PAYMENT ORDERS D
BENEFICIARY'S BANK (B
    BANCOMER
    SUCURSAL NAINARI
    SONORA MEXICO,
BENEFICIARY (BNF):
    ACCT: /398500482
    GEORGINA ESQUER A
CHARGES TO (CHG):
    BEN
```

DLG.I32 0001798

2578

CONTROL REPORT        08/23/01  22:54:42.38