# Exhibit 1

# Richard W. George

733 Front Street, Suite 502
San Francisco, CA 94111
Phone 530-550-7875
Cell 530-363-2037
george@bankexperts.com

---

**Experience**

| | | |
|---|---|---|
| **2002-2013** | **Haas Graduate School of Business** | **University of California, Berkeley** |

*Lecturer in Finance*

| | | |
|---|---|---|
| **1998-2002** | **Georgetown University** | **Washington, DC** |

*Lecturer in Finance*

- Engaged graduate students on issues in modern global banking, emerging market economies, capital markets and corporate finance, including structured finance, valuation, investment analysis, derivatives and emerging market dynamics.
- Coached and Mentored students with career objectives in commercial/investment banking; recipient of Haas School's E.F. Cheit Award for Outstanding Teaching, Spring 2004.

| | | |
|---|---|---|
| **1999-Present** | **Bank Experts Group** | **CA, MA and NJ** |

*Principal*

- Provide **expert consulting** and litigation support services to law firms and financial institutions.

| | | |
|---|---|---|
| **1999-2002** | **Woori Bank** | **Seoul, Korea** |

*Consultant*

- Designed complete corporate finance and credit training program for all relationship managers in this $70 Billion bank.
- Provided tailored credit instruction program.

| | | |
|---|---|---|
| **2000-2001** | **Treasury Bank, Ltd.** | **Washington, DC** |

*President and CEO*

- Stabilized management of this distressed community bank.
- Provided credible interface with shareholders and Federal regulators; successfully met terms of MOU/Formal Agreement.
- Managed and improved quality of asset and loan portfolio and effected sale of bank to Countrywide Finance.

| | | |
|---|---|---|
| **1971–1999** | **Citigroup, Inc.** | **New York, NY** |
| **1992-1999** | **Citicorp Dealer Finance** | **Harrison, NY** |

*Director of Captive Finance and Senior Credit Officer*

- Expanded vendor finance sales/marketing program to cover 1400 core client accounts.
- Executed innovative dealer receivables securitization programs.
- Remediated and Sold multiple dealer real estate properties.
- Launched unique global partnership with GE Medical Services.

| | | |
|---|---|---|
| **1989–1992** | **Citibank Corporate Audit** | **New York, NY** |

*Head, North American Commercial Real Estate Review*

- Prompted remedial action that avoided over $300MM in losses on major North American customer relationship.
- Carried out on-going critical assessment of management and loan quality on Citibank's commercial real estate, syndicated loans, corporate banking and venture capital portfolios.

|      |      |      |
| ---- | ---- | ---- |
| **1985-1989** | **Citicorp Real Estate, Inc.** | **Dallas, TX** |

*Senior Relationship Manager*

- Underwrote financing for commercial real estate projects, incl. office, residential, retail and industrial, for Texas-based national developers.
- Managed $2 Billion, multi-property ***workouts***.

|      |      |      |
| ---- | ---- | ---- |
| **1982–1985** | **Citicorp Travel Services** | **Tokyo, Japan** |

*Asia/Pacific Business Head*

- Headed marketing, sales and operations in 27 countries for two Citicorp retail products - Travelers Checks and Diners Club; Launched first Yen-denominated travellers check; increased regional market share.

|      |      |      |
| ---- | ---- | ---- |
| **1975–1982** | **Citibank, NA** | **Istanbul, Turkey & Manama, Bahrain** |

*Country Corporate Officer*

- In Arabian Gulf, managed full service branch operation including trade services and syndicated bond financings; returned audit rating of $5 Billion FX and treasury funding operation to "Satisfactory"; improved profitability of $1.4 Billion construction bond and $1 Billion direct loan portfolio; established School of Banking.
- In Turkey, established initial Citibank presence and built portfolio; restructured syndicated loans to government and managed reduction of exposure during subsequent economic crisis while maintaining positive reputation with government and corporate clients; originated and managed $400 million multi-currency portfolio.

|      |      |      |
| ---- | ---- | ---- |
| **1971–1975** | **Citicorp Leasing, Inc.** | **San Juan, Puerto Rico** |

*Asset-Based Finance Head*

- Restored profitability of Citibank's largest dealer and equipment finance/leasing portfolio outside U.S.; Recovered bank's loan principal in successful workout of commercial sea farming operation in Grand Cayman, BWI.

|      |      |      |
| ---- | ---- | ---- |
| **1970–1971** | **McKinsey & Company, Inc.** | **San Francisco, CA** |

*Management Consultant*

- Carried out market research/analysis and recommended courses of action to senior management on strategic planning, corporate relocation, organization and product development.

**Publications**
- Avoiding Personal Liability for Bad Loans, Western Independent Bankers, Directors Digest, June 2016.

**Education**
- 1967 – BA, Liberal Arts, University of California, Berkeley, CA
- 1969 - MBA, Finance & International Business, University of California, Berkeley, CA

**Affiliations/ Licenses**
- Member: American Association of Bank Directors; Member: Board of Advisors, Institute for Bank Director Education, Member: Risk Management Association, Member: Investment Committee, Tahoe Truckee Community Foundation; Licensed California real estate broker.

**August 2018, Richard W. George**                                                                                   **Page Two.**