# Exhibit 2

www.BankExperts.com

# Richard W. George
**733 Front Street, Suite 502**
**San Francisco, CA 94111**
**Tel. 530-550-7875 (Direct)**
**Tel. 530-363-2037 (Mobile)**

Testifying Experience

*Deposition Testimony*

1. (2003)  *Safety-Kleen Corp. Bondholders, Plaintiffs, v. TD Securities (USA) Inc., NationsBanc Montgomery Securities LLC and Raymond James & Associates, Inc., Defendants*, United States District Court for the District of South Carolina, No. 3-00-1145 17.  I was retained by Davis Polk and Wardwell and provided expert testimony regarding Defendants' due diligence in underwriting bank loans and preparing a public debt issue.  My opinion was that Defendants' underwriting and administration of the loans and bonds were in keeping with sound banking practices**.**

2. (2006)  *In re Motorola Securities Litigation,* U.S. District Court for the Northern District of Illinois, Case No. 03 cv 00287 (N.D. Ill.); *Howell, et al, Plaintiffs, v. Motorola, Inc., et al., Defendants*, Case No. 03 cv 5044 (N.D. Ill.). I was retained by Arnold & Porter LLP and provided expert testimony regarding Defendant Motorola's actions in extending large vendor loans to a cellular phone company in an emerging market.  I disagreed with Plaintiffs' allegation that Defendant's actions in extending credit were reckless, that Defendant failed to make appropriate public disclosures and, as a consequence, caused investor losses in excess of $2 Billion.

3. (2006)  *UniCredito Italiano SpA and Bank Polska Kasa Opieki SA, Plaintiffs, v. JP Morgan Chase Bank, J.P. Morgan Chase & Co., J.P. Morgan Securities Inc., Citibank, N.A., Citigroup, Inc. and Salomon Smith Barney Inc., Defendants,* United States District Court, Southern District of Texas No. H-04-0324 (MH).  I was retained by Arnold & Porter LLP and provided expert testimony supporting Plaintiff Unicredito and Bank Polska's allegations that Defendants caused them substantial losses by directing them to information regarding Enron's financial condition that Defendants knew to be false and misleading.

4. (2007)  *In Re Commercial Money Center, Inc. Equipment Lease Litigation, RLI Insurance Company, Plaintiff, v. Atlantic Coast Federal Bank, Ameriana Bank & Trust, Sky Bank, Bank of Waukegan, Defendants*, U.S. District Court for the Northern District of Ohio, Eastern Division, No. 1:02 CV 16000.  I was retained by Morison-Knox Holden & Prough, LLP, and provided expert testimony regarding Plaintiff  RLI's allegations that the banks failed to adhere to their own internal policies and accepted banking practices and industry standards of care in underwriting approximately $500 million in loans to a company that operated a Ponzi scheme.

5. (2007)  *Dr. Enrico Bondi, Plaintiff, v. Bank of America Corp., et al, Defendants (In re Parmalat Securities Litigation),* 05 Civ. 4015 (LAK).  I was retained by Quinn Emanuel Urquhart Oliver & Hedges LLP, and provided expert testimony supporting Plaintiff Bondi's allegations as to Defendants' role in aiding a fraud by former Parmalat, SpA, corporate officers.

July 2018

1

6. (2009) *Katherine M. Tabor, Plaintiff, v. Washington Metropolitan Area Transit Authority (WMATA), Defendant*, U.S. District Court for the District of Columbia, Case No. 1:08-cv-01991. I was retained by Bode & Grenier, LLP, and provided expert testimony supporting Plaintiff Tabor's claims for compensation for the wrongful death of her husband, a prominent mortgage banking executive, in a traffic accident caused by a WMATA bus. I described the decedent's mortgage banking business, his responsibilities and his prospective compensation.

7. (2009) *Swinerton Builders, Plaintiff, v. Citicorp USA, Inc., et al, Defendants*, Superior Court of the State of California for the County of Los Angeles, Case No.: BC388658. I was retained by Gibbs, Giden, Locher, Turner & Senet LLP and provided expert testimony supporting Swinerton's claims for damages because Defendant failed to complete its commitment to fund a multi-family development construction loan.

8. (2009) *Bank of America, N.A., Plaintiff, v. Lehman Brothers Holdings, Inc. (LBHI), et al, Defendants,* U.S. Bankruptcy Court, Southern District of New York, Case No. 08-1753. I was retained by Weil, Gotshal & Manges LLP and testified on behalf of Defendants, LBHI, in connection with Bank of America's set-off of a $500 million deposit. I provided expert testimony supporting LBHI's position that Bank of America's set-off was not in keeping with generally accepted banking practices.

9. (2011) *Pacific Capital Bank, Plaintiff, vs. Shemano Group, Merriman Curhan Ford & Company (MCF), et al, Defendants*, Superior Court of the State of California, County of San Francisco, Case No. CGC-08-481130. I was retained by K&L Gates LLP to provide expert testimony rebutting Plaintiff's allegation that Defendants facilitated a fraud leading to a loan loss.

10. (2011) *South Miami Holdings, Plaintiff, v. Federal Deposit Insurance Corporation (FDIC) as Receiver for Sun American Bank, Defendant*, U.S. District Court, Southern District of Florida, Case No. 1110-cv-22032-UU. I was retained by Pathman Lewis LLP and provided expert testimony defending Sun American's withdrawal of its approval of a loan because of Plaintiff's failure to comply with the conditions of approval.

11. (2011) *Schulken, et al, Plaintiff, v. Washington Mutual Bank, Henderson, Nevada, et al, Defendants,* U.S. District Court for the Northern District of California, Case No. 10-CV-02708-LHK. I was retained by Edelson McGuire LLC to provide expert testimony in this class action supporting Plaintiffs' allegations that HELOC credit facilities were unfairly and unreasonably cancelled.

12. (2011) *Yesenia Guitron and Judi Klosek, Plaintiffs, v. Wells Fargo Bank, N.A. et al, Defendants,* U.S. District Court for the Northern District of California, Case No. CIV-10-03461 CW. I was retained by Peretz & Associates to provide expert testimony supporting Plaintiffs' allegations that they were subjected to various unfair and wrongful practices, including harassment, discrimination, retaliation and discharge as a consequence of their refusal to participate in certain sales practices.

13. (2012) *John K. Baldwin, Plaintiff, v. United States of America, Defendant,* U.S. District Court for the Northern Mariana Islands, Case No. CV 09-0033. I was retained by the U.S. Department of

Justice (Tax) to provide expert testimony countering Plaintiff Baldwin's allegations that an IRS denial of a claimed tax credit was incorrect and unreasonable.

14. (2012) *Complex Systems, Inc., Plaintiff, v. ABN AMRO Bank N.V., Defendant,* U.S. District Court for the Southern District of New York, Civil Action No. 08-cv-7497. I was retained by Schulte Roth & Zabel, LLP, to provide expert testimony rebutting Plaintiff Complex Systems' allegations that Plaintiff suffered damages as a result of Defendant's alleged violation of a software licensing agreement.

15. (2012) *Kaneshiro and Kaneshiro, Plaintiffs, v. Michael Kim, Bank of America Home Loans, et al, Defendants,* In the Circuit Court of the First Circuit, State of Hawaii, Case No.: 11-1-0932-05. I was retained by Reed Smith, LLP, to provide expert testimony on behalf of Defendant Bank of America regarding Plaintiffs' allegations that the Bank was responsible for their losses on a personal loan they made to a Bank employee.

16. (2013) *In re Osama El-Atari, Debtor, Kevin R. McCarthy, Trustee, Plaintiff v. Wells Fargo Bank, N.A., Defendant*, U.S. Bankruptcy Court, Eastern District of Virginia, Case No. 09-14950-BFK, Chapter 7. I was retained by Sands Anderson PC, on behalf of its client Kevin R. McCarthy, Trustee, to provide expert testimony supporting Plaintiff McCarthy's allegations that Defendant Wells Fargo should not have accepted funds in repayment of a loan that it knew had been obtained by fraud.

17. (2013) *Federal Deposit Insurance Corporation, As Receiver for Alpha Bank & Trust, Plaintiff, v. James A. Blackwell, Jr., et al, Defendants,* U.S. District Court for the Northern District of Georgia, Atlanta Division, Civil Action File No.: 1:11-CV-3423-RWS. I was retained by the Simkins Hollis Law Group and provided expert testimony supporting Plaintiff's claims that directors and officers of this community bank were grossly negligent in their actions approving a number of primarily commercial real estate loans that incurred substantial losses and that contributed to the closing of the bank.

18. (2014) *Federal Deposit Insurance Corporation, As Receiver for Eurobank, Plaintiff, v. Rafael Arrillaga-Torrens, et al, Defendants,* U.S. District Court for the District of Puerto Rico, Case No. 13-01328. I was retained by Mullin Hoard & Brown, LLP, and provided expert testimony supporting Plaintiff's claims that directors of this community bank were grossly negligent in their actions in approving a number of primarily commercial real estate loans that incurred substantial losses and that contributed to the closing of the bank.

19. (2014) *Brian A. Bash, Chapter 7 Trustee, Plaintiff, v. Textron Financial Corp., et al, Defendants,* U.S. District Court for the Northern District of Ohio, Civil Action No. 5:12-CV- 00987-PAG. I was retained by Baker Hostetler on behalf of the Trustee, Brian A. Bash, Plaintiff, and provided expert testimony in support of Plaintiff's allegations that Defendant, Fortress Credit Corp., facilitated a fraud that caused hundreds of millions of dollars of losses to, amongst others, thousands of Ohio investors.

20. (2014) *Federal Deposit Insurance Corporation, As Receiver for First Piedmont Bank, Winder, GA, Plaintiff, v. William Whitley, et al, Defendants,* U.S. District Court for the Northern District of Georgia, Gainesville Division, Case No. 2:12-CV-170. I was retained by the Simkins Hollis Law

    Group and provided expert testimony supporting Plaintiff's claims that certain directors and officers of this community bank were grossly negligent in their actions in approving a number of primarily commercial real estate loans that incurred substantial losses and that contributed to the closing of the bank.

21. (2015) *Federal Deposit Insurance Corporation, As Receiver for 1st Pacific Bank of California, San Diego, CA, Plaintiff, v. Appraisal Pacific, Inc. and Agamata Appraisal Co., Inc., Defendants,* U.S. District Court, Southern District of California, Case No. 14-CV-0079-H-BLM. I was retained by Bienert, Miller & Katzman and provided expert testimony in support of Plaintiff's claims that Defendants caused damages to the Bank by overstating the value of two properties securing a commercial construction loan. My testimony was given in rebuttal to certain claims made by Defendants' expert regarding the Bank's alleged underwriting deficiencies.

22. (2015) *Federal Deposit Insurance Corporation, As Receiver for American Marine Bank, Plaintiff, v. Townsend et al, Defendants,* U.S. District Court, Western District of Washington at Tacoma, Case No. 3:13-cv-05055-RBL. I was retained by Nixon Peabody LLP and provided expert testimony in connection with Plaintiff's claims that certain directors and officers of this community bank were grossly negligent in their actions of approving a number of primarily commercial real estate loans that incurred substantial losses and that contributed to the closing of the bank.

23. (2015) *John Norton, Kristine Norton; and Northland Capital, LLC, Plaintiffs, v. U.S. Bank National Association, Jose Nino de Guzman, and NDG Investment Group, LLC, Defendants,* King County, Washington, Superior Court, Case No. 10-2-36431-5 SEA. I was retained by Dorsey & Whitney LLP and provided expert testimony supporting U.S. Bank, Defendant, against Plaintiffs' claims of losses as a result of the bank's participation in or otherwise having permitted a Ponzi scheme to be carried out by Jose Nino de Guzman and his companies.

24. (2015) *Federal Deposit Insurance Corporation, As Receiver for United Western Bank, Plaintiff, v. Charles J. Berling, et al, Defendants, U.S. District Court for the District of Colorado, Civil Action No. 1:14-cv-00137.* I was retained by Nixon Peabody LLP and provided expert testimony supporting Plaintiff's claims that certain directors and officers of this community bank were grossly negligent in their actions in approving a number of primarily commercial real estate loans that incurred substantial losses and that contributed to the closing of the bank.

25. (2015 and 2018) *Federal Deposit Insurance Corporation, As Receiver for R-G Premier Bank of Puerto Rico, Plaintiff, v. Victor J. Galan-Alvarez, et al, Defendants*, U.S. District Court for the District of Puerto Rico, Case No. 3:12-cv-010290 PAD. I was retained by Nossaman LLP and provided expert testimony supporting Plaintiff's claims that certain directors and officers of this community bank were grossly negligent in their actions in approving a number of primarily commercial real estate loans that incurred substantial losses and that contributed to the closing of the bank.

26. (2017) *Gateway Bank, FSB, Plaintiff, vs. Poppi Metaxas, et al, Defendants*, Superior Court of the State of California County of San Mateo, Case No. CIV 534510. I was retained by Gluck Daniel LLP, and provided expert testimony on behalf of Defendant Metaxas in support of her defense of allegations that she was responsible for losses incurred by the bank on certain loans.

*Testimony at Trial or Arbitration*

27. (2009) *Daimler Financial Services A.G., Claimant, v. Republic of Argentina, Respondent,* International Centre for Settlement of Investment Disputes (ICSID), Washington, D.C., Case No. ARB/05/1. I was retained by Kelley Drye & Warren LLP to provide expert testimony regarding Claimant Daimler's allegations that it suffered losses due to Respondent's actions in 2001-2002. My opinion was that Claimant acted properly and in keeping with generally accepted banking practices in the funding of its Argentine subsidiaries.

28. (2009) *Westpac Banking Corp., Plaintiff, v. The Commissioner of Inland Revenue, Defendant,* in the High Court of New Zealand, Auckland Registry, CIV-2005-404-2843. I was retained by Westlaw Round Table Group on behalf of Plaintiff, Westpac, and provided expert testimony supporting Plaintiff's challenge to Defendant's tax assessments on certain structured financing transactions.

29. (2009) *In Re AHCB I LLC, IDN 87-0714428, Debtor,* U.S. Bankruptcy Court, Northern District of California, Case No. 08-11321. I was retained by attorney Michael C. Fallon and provided expert testimony regarding an appropriate rate of interest to be paid by Debtor AHCB I to a major existing lender as part of a Chapter 11 Plan of Reorganization.

30. (2010) *In Re. Genaro Mendoza, Debtor,* U.S. Bankruptcy Court, Northern District of California, Case No. 09-11678. I was retained by MacConaghy & Barnier, PLC, and provided expert testimony as to an appropriate rate of interest to be paid by Debtor Mendoza to two major existing secured lenders in support of confirmation of a Chapter 11 Plan of Reorganization.

31. (2011) *In Re. Boris Putanec & Jeana J. Toner, Petitioners, vs. Commissioner of Internal Revenue, Respondent,* U.S. Tax Court, San Francisco. I was retained by Westlaw Round Table Group on behalf of Morgan, Lewis & Bokius LLP and provided expert testimony regarding Petitioners' use of a structured finance transaction.

32. (2013) *Legacy Bank, Claimant, v. Stillwater National Bank and Trust Corporation, Respondent,* American Arbitration Association, AAA Case No.71 1480021212. I was retained by GableGotwals to provide a written report and to testify at arbitration supporting Claimant's demand for rescission based on Respondent having breached its fiduciary duties to Legacy under a Participation agreement by selling the loan and abandoning its duties as the lead bank.

33. (2015) *United States of America, Plaintiff, vs. Joshua Hester, Defendant*, U.S. District Court, Southern District of California, Case No. 10cr2967-BTM. I was retained by the Department of Justice to testify in court supporting the DOJ's claim for restitution for losses incurred in the disposition of a residential property in Rancho Santa Fe, California, that had been foreclosed in 2009 as a consequence of the failure of Washington Mutual Bank.

*Testimony at Deposition and at Trial*

34. (2008) *Dr. Enrico Bondi, et al (Parmalat), Plaintiffs, v. Citigroup, Inc., et al, Defendants*, Superior Court of New Jersey Law Division: Bergen County, BER-L-10902-04. I was retained

by Quinn Emanuel Urquhart Oliver & Hedges LLP and provided expert testimony regarding Defendants' alleged role in aiding a fraud by former Parmalat, SpA, corporate officers.

35. (2008)  *Ocean Fresh Trading, Inc., Plaintiff, v. East West Bank, et al, Defendants*, Superior Court of the State of California, County of Los Angeles, Central District, Case No. BC 362 244. I was retained by Quinn Emanuel Urquhart Oliver & Hedges LLP and provided expert testimony as to Defendant East West's failure to adhere to accepted banking practices and banking industry standards that caused damages to Plaintiff.

36. (2009) *U.S. Bank National Association as Trustee for Credit Suisse First Boston MBS 2004-ARMT 1, a Delaware corporation, Plaintiff, v. James Lane, et al, Defendants,* Superior Court of the State of California, County of San Francisco, Case No. GCG-05-446170.  I was retained by Peterson Martin Reynolds LLP and provided expert testimony regarding Defendants' responsibility for certain defaulted loans.  My opinion was that the loans were fraudulently originated by third parties and improperly handled by the securitizing banks.

37. (2010) *Metra Westwood, L.P., et al, Plaintiffs, v. Bank of America, N.A., Defendant,* Case No. 06-08087, 162nd Judicial District Court, Dallas County, Texas. I was retained by Shamoun & Norman, LLP, on behalf of Plaintiffs and provided expert testimony regarding Defendant BOA's improper force-placing of insurance coverage on Plaintiffs' properties.

38. (2010) *Wells Fargo Bank Minnesota, NA, Plaintiff, v. Craig J. Walker, et al, Defendants*, Circuit Court of Cook County, Illinois County Department, Chancery Division, Case No. 04CH3099.  I was retained by O'Halloran Kosoff Geitner & Cook, LLC, and provided expert testimony supporting Defendant Walker's absence of responsibility for Plaintiff's losses and costs incurred in connection with the default of a securitized loan on a downtown Chicago office building.

39. (2012) *Garden Grove Galleria LLC (GGG), Plaintiff, v. Cathay Bank, et al, Defendants,* Superior Court of the State of California for the County of Orange, Civil Complex Center, Case No. 30-2010-00342212.  I was retained by Lowe & Baik, to provide expert testimony regarding Plaintiff GGG's allegation that Defendant's termination of construction loan funding caused the failure of this $54 million construction project.  My opinion was that Defendant's actions were unwarranted and not in keeping with accepted banking practices.

40.  (2017) *Laura Filion, Plaintiff, vs. Wells Fargo Company, et al, Defendants*, Superior Court of the State of California for the County of Ventura, Case No: 56-2015-00476012.  I was retained by Trujillo & Winnick, LLP, on behalf of Plaintiff.  I provided expert testimony in support of Plaintiff Filion's allegation that Defendant did not carry out an adequate investigation of her complaint regarding identify theft on certain Wells Fargo accounts and did not comply with applicable banking standards, practices and regulatory guidelines.