# Exhibit 3

— Data Change —

# Arab Jordan Investment Bank

**Head Office:** PO Box 8797, Arab Jordan Investment Bank Building, Shmeisani Commercial Area, Amman 11121, Jordan   **TEL:** +962 6 5607126. **FAX:** +962 6 5681482. **TLX:** 22087 ajib jo.
**TGMS:** ajibank. **E-MAIL:** Info@ajib.com. **SWIFT/BIC:** AJIB JO AX. **REUTERS:** AJIB. **CHIPS:** 136008.
**WEBSITE:** http://www.ajib.com
**Corr Bkg:** Tel: +982 6 5672497 Fax: +962 6 5665192 E-mail: banking.relations@ajib.com **Forex:** Tel: +962 6 5668628 Fax: +962 6 5690646 Tlx: 24352 **Intl Div:** Tel: +962 6 5664120 Fax: +962 6 5696692
**Credit Ratings:** CI: BB- ; B
World Rank [1,994]   Country Rank [9]

*Joint Stock Bank. Commercial, Corporate, Investment, Merchant, Private and Wholesale Banking. Member of Jordan Bankers Association & Arab Bankers Association.*

*Regulator: Central Bank of Jordan.*

**History:** Established 1978.
**Ownership:** Arab Investment Co (Riyadh), Riyadh, 10%; Libyan Arab Foreign Bank, Tripoli, 10%; The Social Security Corporation, Amman, 4.2%; Individuals 56.4%; Mr Abdulkader Al-Qadi 19.4%.
**Chairman & Chief Executive Officer:** Abdul Kadir Al-Qadi. **International Division:** Hani Al-Qadi *(President & General Manager)*. **Documentary Credits:** Nabil Samman. **Correspondent Banking:** Sa-ed Budeiri. **Foreign Exchange:** Rima Khoury.
**CORRESPONDENTS: Amsterdam:** ABN AMRO Bank NV. **Brussels:** Fortis Bank NV/SA. **Doha:** Qatar National Bank SAQ. **Dubai City:** MashreqBank PSC. **Frankfurt am Main:** Deutsche Bank AG; Dresdner Bank AG. **London:** †HSBC Bank plc. **Milan:** IntesaBci SpA. **New York:** The Bank of New York; Citibank NA; JP Morgan Chase Bank. **Paris:** Crédit Agricole. **Riyadh:** Saudi Hollandi Bank. **Safat:** National Bank of Kuwait SAK. **Tokyo:** JP Morgan Chase Bank. **Vienna:** Bank Austria Creditanstalt AG. **Zürich:** Credit Suisse.
† Also EURO account.

**STANDARD SETTLEMENT INSTRUCTIONS:**
**AED:** MashreqBank PSC, Dubai City.   *SWIFT/BIC:* BOML AE AD.   *Acct No:* 0195510159.
**CHF:** Credit Suisse, Zürich.   *SWIFT/BIC:* CRES CH ZZ 80A.   *Acct No:* 0835-999623-03-1.
**EUR:** ABN AMRO Bank NV, Amsterdam.   *SWIFT/BIC:* ABNA NL 2A.   *Acct No:* 46 44 69 155.  Bank Austria Creditanstalt AG, Vienna.   *SWIFT/BIC:* BKAU AT WW.   *Acct No:* 127 138 12301 EUR.  Crédit Agricole, Paris.   *SWIFT/BIC:* AGRI FR PP.   *Acct No:* 2 013 672 2 000.  Deutsche Bank AG, Frankfurt am Main.   *SWIFT/BIC:* DEUT DE FF.   *Acct No:* 95 40 19610.  Dresdner Bank AG, Frankfurt am Main.   *SWIFT/BIC:* DRES DE FF TSY.   *Acct No:* 08080227-11.  Fortis Bank NV/SA, Brussels.   *SWIFT/BIC:* GEBA BE BB.   *Acct No:* 291-1196229-25-EURO-0.  HSBC Bank plc, London.   *SWIFT/BIC:* MIDL GB 22.   *Acct No:* 39 12 12 30.  IntesaBci SpA, Milan.   *SWIFT/BIC:* BCIT IT MM.   *Acct No:* 9738750313.
**GBP:** HSBC Bank plc, London.   *SWIFT/BIC:* MIDL GB 22.   *Acct No:* 35 67 83 21.
**JPY:** JP Morgan Chase Bank, Tokyo.   *SWIFT/BIC:* CHAS JP JT.   *Acct No:* 01-42-454594.
**KWD:** National Bank of Kuwait SAK, Safat.   *SWIFT/BIC:* NBOK KW KW.
**QAR:** Qatar National Bank SAQ, Doha.   *SWIFT/BIC:* QNBA QA QA.   *Acct No:* 001 80 10 80 001.
**SAR:** Saudi Hollandi Bank, Riyadh.   *SWIFT/BIC:* AAAL SA RI.   *Acct No:* 031/002/853/555.
**USD:** The Bank of New York, New York.   *SWIFT/BIC:* IRVT US 3N.   *Acct No:* 8900331283.  Citibank NA, New York.   *SWIFT/BIC:* CITI US 33.   *Acct No:* 36147936.  JP Morgan Chase Bank, New York.   *SWIFT/BIC:* CHAS US 33.   *Acct No:* 544 728 163.

**OFFSHORE BANKING UNITS:**
**Cyprus:** *Limassol:* PO Box 54384, Libra Tower, 23 Olympion St, 3723 Limassol. Tel: +357 25 351351, 25 351836. Fax: +357 25 360151, 25 360210. Tlx: 4029 ajib cy, 3809 ajib cy. SWIFT/BIC: AJIB CY 2I.

**OTHER OFFICES:**
**Central Office:** PO Box 8797, Amman 11121. Tel: +962 6 5607126, 6 5607138. Fax: +962 6 5681482. Tlx: 22087.

**CONSOLIDATED BALANCE SHEET:**

| Liabilities: Dec.31 | 2001 JD | 2000 JD | Assets: Dec.31 | 2001 JD | 2000 JD |
|---|---|---|---|---|---|
| Capital | 20,000,000 | 20,000,000 | Cash & Banks | 184,450,655 | 143,863,552 |
| Reserves | 14,372,667 | 13,526,753 | Investments | 63,936,662 | 69,722,748 |
| Deposits, &c | 290,490,417 | 260,389,401 | Loans, &c | 71,998,161 | 76,721,179 |
| Other Liabilities | 4,872,971 | 5,876,280 | Fixed Assets | 4,219,046 | 3,395,324 |
| Profit Balance | 39,232 | 125,518 | Other Assets | 5,170,763 | 6,215,149 |
| Total | 329,775,287 | 299,917,952 | Total | 329,775,287 | 299,917,952 |

Total Assets at Dec.31 2001: U.S.$. 465,258,588 (at ex.rate 0.7088)

**CONSOLIDATED PROFIT & LOSS STATEMENT:**

| Dec.31 | 2001 JD | 2000 JD |
|---|---|---|
| Net Interest Inc. | 9,059,833 | 7,359,151 |
| Other Income | 852,495 | 903,691 |
| Other Expense | (7,196,972) | (5,937,878) |
| Net Profit/(Loss) | 2,715,356 | 2,324,964 |

**CONSOLIDATED PERFORMANCE RATIOS:**

| | 2001 | 2000 |
|---|---|---|
| Net Profit/Equity Capital | 7.89% | 6.91% |
| Net Profit/Total Assets | 0.82% | 0.78% |
| Equity Capital/Total Assets | 10.44% | 11.22% |

**Shares:** JD1. **Meetings:** April. **Auditors:** Arthur Andersen Allied Accountants. **Branches:** Jordan 8; Cyprus 1. **Offices:** Jordan 8. **No. of Employees:** 308.
**Affiliated Companies:** Jordan International Bank PLC, London, 5.2%; Medditterranian Tourism Investment Co, 15.968%; MIDMAC For Manufacturing Agri Chemicals & Vet Products, 7.5%; Planet Hollywood Co Ltd, 10%; VISA Jordan Card Services, 12.66%.
**Related Companies:** Palestine Investment Bank, Ramallah.