# EXHIBIT B

# بنك الاستثمار الفلسطيني
## Palestine Investment Bank

التاريخ : 2008/12/16

لمـــن يهمــــه الأمــر

يشهد بنك الاستثمار الفلسطيني بان السيد/ يوسف عباس نصر الله القاضـــي / القـــائم بأعمال المدير العام قد عمل لدينا خلال الفترات التالية :

أولاً – من 1999/06/01 – 2001/09/30

ثانياً – من 2002/01/01 – 2003/12/31

وقد أعطيت له هذه الشهادة بناءً على طلبه دون أي مسؤولية تجاه البنك.

وتفضلوا بقبول فائق الاحترام،،،،



الادارة العامة - رام الله البيرة - ميدان النهضة ، هاتف : 2407880-02 ، فاكس : 2407887-02 ، ص.ب 3675

**HEAD OFFICE - RAMALLAH ALBIREH , Tel. 02-2407887 , P.O.Box : 3675**

# بنك الاستثمار الفلسطيني
## Palestine Investment Bank



التاريخ : 2011/03/31

<div dir="rtl">

لمن يهمه الأمر

يشهد بنك الاستثمار الفلسطيني بأن السيد/ زكريا أحمد سلامة غوانمة قد عمل لدينا منذ تاريخ 1998/06/01 وحتى تاريخ 2010/04/30 وقد كان آخر منصب للسيد/ غوانمة مديراً عاماً للبنك .

وقد أعطيت له هذه الشهادة بناءً على طلبه دون تحمل البنك أي مسؤولية خلاف ما ذكر .

وتفضلوا بقبول فائق الاحترام ...

</div>



# بنك الاستثمار الفلسطيني
## Palestine Investment Bank



التاريخ : 2009/11/11

## شهادة خبرة

تشهد ادارة بنك الاستثمار الفلسطيني بان السيد/ فوزي توفيق ابراهيم الجوهري قد عمل لدى البنك منذ تاريخ 1997/4/22 الى ان انتهت خدماته من البنك بالاستقالة بناء على طلبه بتاريخ 2009/9/1 وقد كانت المناصب الوظيفية وعضويات اللجان التي شـغلها السيد الجوهري خلال فترة عمله في البنك ما يلي:

**اولا: المناصب الوظيفية:**

1. مدير لدائرة التمويل من تاريخ 1997/4/22 وحتى تاريخ 1998/12/31.
2. مساعد نائب المدير العام/ للتمويل مــن تــاريخ 1999/1/1 وحتــى تــاريخ 2006/12/31.
3. مساعد للمدير العام من تاريخ 2007/1/1 وحتى تاريخ استقالته في 2009/9/1.

**ثانيا: عضويات اللجان:**

1. عضو في لجنة تطوير الخدمات المصرفية.
2. عضو في لجنة التسهيلات الائتمانية.
3. عضو في لجنة الموارد البشرية.
4. عضو في لجنة الموجودات والمطلوبات.

كان عمل السيد الجوهري في المناصب الوظيفية واللجان التي شغل عضويتها منظم ويتّسم بالكفاءة والنشاط الملحوظين.

وقد اوفى السيد الجوهري خلال فترة عمله في البنك بجميع التزاماته وواجباته الوظيفية دون اي مخالفة او تقصير.
وقد اعطيت هذه الشهادة بناء على طلبه ودون تحمل البنك اية مسؤولية خلاف ما ذكر.




الادارة العامة- رام الله البيره- ميدان النهضة هاتف : 2407880-02، فاكس : 2407887-02، ص.ب. 3675
HEAD OFFICE-RAMALLAH ALBIREH Tel. 02-2407880 Fax: 02-2407887 P.O.Box 3675

[**Palestine Investment Bank letterhead**]

Date: December 16, 2008

To whom it may concern,

Palestine Investment Bank attests that Mr./Yousef Abbas Nasrallah Al Qadi/Acting General Manager worked for us during the following periods:

First - from Jun 1, 1999 - Sep 30, 2001
Second- from Jan 1, 2002 - Dec 31, 2003

This certificate has been provided to him upon his request with no responsibility towards the Bank.

Respectfully.

PIB
[Signature & Seal]

[**Palestine Investment Bank letter footer,** *showing its contact information*]

[**Palestine Investment Bank letterhead**]

Date: March 31, 2011

To whom it may concern,

Palestine Investment Bank attests that Mr./ Zakaria Ahmed Salamah Ghawanmeh worked for us from Jun 1, 1998 to Apr 30, 2010, and that his last position was a General Manager of the Bank.

This certificate has been provided to him upon his request without the Bank bearing any responsibility except what is mentioned.

Respectfully.

PIB
[Signature & Seal]

[**Palestine Investment Bank letter footer,** *showing its contact information*]

[**Palestine Investment Bank letterhead**]

**Personal File Copy [this a handwritten notation]**

Date: November 11, 2009

**Experience Certificate**

The management of Palestine Investment Bank attests that Mr./ Fawzi Tawfiq Ibrahim Al Jawhari worked for the Bank from the date of Apr 22, 1997 until his services at the bank terminated by resignation upon his request on Sep 1, 2009. The positions and the committees that Mr. Al Jawhari occupied during the period he worked at the Bank for were the following:

**First: Work Positions:**

1. Director of the Finance Department from Apr 22, 1997 to Dec 31, 1998.
2. Assistant to the Deputy General Manager /for Finance from Jan 1, 1999 to Dec 31, 2006.
3. Assistant to the General Manager from the date of Jan 1, 2007 to the date of his resignation on Sep 1, 2009.

**Second: Committee Memberships:**

1. Member in the Committee on Developing Banking Services.
2. Member in the Credit Facilities Committee.
3. Member in the Human Resources Committee.
4. Member in the Assets and Liabilities Committee.

Mr. Al Jawhari's work at such work positions and the committees that he served on was organized and was attributed with noticeable competence and activeness.

Mr. Al Jawhari fulfilled, during the period he worked at the Bank, all of his work obligations and duties without any violation or shortcoming.

This certificate has been provided to him upon his request without the Bank bearing any responsibility except what is mentioned.

Respectfully.

PIB
[Signature & Seal]

[**Palestine Investment Bank letter footer,** *showing its contact information*]