CIVIL CAUSE FOR Motion Hearing

BEFORE JUDGE: Eric R. Komitee, U.S.D.J.
DATE: 6/17/2020
TIME: 10:00 a.m.

DOCKET NUMBER: CV 19-0005
TITLE: Spetner, et al v. Palestine Investment Bank

COURT DEPUTY: Alicia Guy
COURT REPORTER: Electronically Recorded

APPEARANCES:

    Plaintiffs:    Gary Osen, Michael Radine

    Defendant:    Mitchell Berger, Joseph Alonzo, Gassan Baloul

- [x] CASE CALLED.

- [x] COUNSEL FOR ALL SIDES PRESENT

- [ ] COUNSEL FOR _____ NOT PRESENT

- [ ] CASE MARKED READY FOR JURY\NON JURY TRIAL ON

- [ ] MOTION TO

- [x] MOTION HEARING HELD  [ ] MOTION GRANTED  [ ] MOTION DENIED

- [ ] MOTION GRANTED IN PART AND DENIED IN PART

- [x] DECISION RESERVED  [ ] DECISION READ INTO THE RECORD.