# EXHIBIT A

بنك الاستثمار الفلسطيني
**Palestine Investment Bank**

A/C : 02-02-040-04198515
ID#:    0
TEL : 0

899 - Albireh    20000080
فرع البيرة

PAY TO, OR ORDER    ادفعوا لامر رانية عربي عبد الحميم نابلس

THE SUM OF    مبلغ عشرة الاف دولار أمريكي

$ 10,000

SIGNATURE    التوقيع

DATE    التاريخ

CHEQUE NO   رقم الشيك    BRANCH NO   رقم الفرع    ACCOUNT NO   رقم الحساب

⑈20000080⑈ ⑈76⑈899028⑈ 040004198518⑈

---

بنك الاستثمار الفلسطيني
**Palestine Investment Bank**

A/C : 02-02-040-04198515
-
ID#:    0
TEL : 0

899 - Albireh    20000079
فرع البيرة

PAY TO, OR ORDER    ادفعوا لامر هناء عبد الناصر احمد حبيب

THE SUM OF    مبلغ عشرة الاف دولار أمريكي

$ 10,000

SIGNATURE    التوقيع

DATE    التاريخ

CHEQUE NO   رقم الشيك    BRANCH NO   رقم الفرع    ACCOUNT NO   رقم الحساب

⑈20000079⑈ ⑈76⑈899028⑈ 040004198518⑈

---

بنك الاستثمار الفلسطيني
**Palestine Investment Bank**

A/C : 02-02-040-04198515
-
ID#:    0
TEL : 0

899 - Albireh    20000078
فرع البيرة

PAY TO, OR ORDER    ادفعوا لامر محمد عبد حسين بحر

THE SUM OF    مبلغ خمسة عشرة الف دولار أمريكي

$ 15,000

SIGNATURE    التوقيع

DATE    التاريخ

CHEQUE NO   رقم الشيك    BRANCH NO   رقم الفرع    ACCOUNT NO   رقم الحساب

⑈20000078⑈ ⑈76⑈899028⑈ 040004198518⑈

---

بنك الاستثمار الفلسطيني
**Palestine Investment Bank**

A/C : 02-02-040-04198515
-
ID#:    0
TEL : 0

899 - Albireh    20000077
فرع البيرة

PAY TO, OR ORDER    ادفعوا لامر فاطمة علي حسين حلبية

THE SUM OF    مبلغ خمسة عشرة الف دولار أمريكي

$ 15,000

SIGNATURE    التوقيع

DATE    التاريخ

CHEQUE NO   رقم الشيك    BRANCH NO   رقم الفرع    ACCOUNT NO   رقم الحساب

⑈20000077⑈ ⑈76⑈899028⑈ 040004198518⑈

المشرع إبراهي

سند قبض

**RECEIPT VOUCHER**

15,000

وصلني من _____ Received From

المبلغ المرقوم اعلاه وقدره _____ The sum of

وذلك عن _____ Being

_____

التاريخ ٢٠٠٤/١/٢٢ Date          التوقيع _____ Sig

---

المشرع إبراهي

رقم الهوية
942715335

سند قبض

**RECEIPT VOUCHER**

15,000

وصلني من _____ Received From

المبلغ المرقوم اعلاه وقدره _____ The sum of

وذلك عن _____ Being

_____

التاريخ ٢٠٠٤/١/٢٢ Date          التوقيع _____ Sig

**ENGLISH TRANSLATION OF CHECKS AND RECEIPT VOUCHERS**

*Martyr*

*Mazen al-Nabulsi*                                                                                          *Jerusalem*

| | |
|---|---|
| Palestine Investment Bank | A/C: 02-02-040-04198515 |
| 899-Al-Bireh        20000080 | ID#: 0 |
| Al-Bireh Branch | Tel: 0 |
| Pay to, or Order: Raniya Fahmi Abd al-Hamid Nabulsi | |
| The Sum of: Ten Thousand American Dollars        $10,000 | |
| Signature:  (-) | Date: 22/1/2002 |

| Cheque no. | Branch no. | Account no. |
|---|---|---|
| 20000080 | 76 89902 | 0400419851 |

*Martyr*

*Abd al-Naser Hadib*                                                                                          *Jericho*

| | |
|---|---|
| Palestine Investment Bank | A/C: 02-02-040-04198515 |
| 899-Al-Bireh        20000079 | ID#: 0 |
| Al-Bireh Branch | Tel: 0 |
| Pay to, or Order: Hanan Abd al-Naser Ahmad Hadib | |
| The Sum of: Ten Thousand American Dollars        $10,000 | |
| Signature:  (-) | Date: 22/1/2002 |

| Cheque no. | Branch no. | Account no. |
|---|---|---|
| 20000079 | 76 89902 | 0400419851 |

*Martyr*

*Usama Muhammad*

*Ayd Baher*

| | |
|---|---|
| Palestine Investment Bank | A/C: 02-02-040-04198515 |
| 899-Al-Bireh   20000078 | ID#: 0 |
| Al-Bireh Branch | Tel: 0 |
| Pay to, or Order: Muhammad Ayd Husein Baher | |
| The Sum of: Fifteen Thousand American Dollars | $15,000 |
| Signature:  (-) | Date: 22/1/2002 |
| Cheque no. | Branch no. | Account no. |
| 20000078 | 76 89902 | 0400419851 |

*Jerusalem*

*Dahiyat*

*Al-Barid*

*Received by*

*Khader Muhammad Asad*

*Burqan*

| | |
|---|---|
| Palestine Investment Bank | A/C: 02-02-040-04198515 |
| 899-Al-Bireh   20000077 | ID#: 0 |
| Al-Bireh Branch | Tel: 0 |
| Pay to, or Order: Fatima Ali Husein Halabiya | |
| The Sum of: Fifteen Thousand American Dollars | $15,000 |
| Signature:  (-) | Date: 22/1/2002 |
| Cheque no. | Branch no. | Account no. |
| 20000077 | 76 89902 | 0400419851 |

*Abu Dis*

*Jerusalem*

*Martyr*

*Nabil Mahmud*

*Jamil Halabiya*

[Illegible]

---

**Receipt Voucher**

15,000 Dollars

**I received from:** Arab Liberation Front/ President Saddam Hussein's Grace

**The abovementioned sum which is:** Fifteen Thousand Dollars

**This is for:** The Grace of the President Commander Saddam Hussein for the Father of the martyr Usama Muhammad Ayd Husein Bahar to his father, Muhammad Ayd Husein Bahar

**Date:** 22/1/2002          **Siganture:** (-)Muhammad Ayd Husein

---

ID no. 942715335

**Receipt Voucher**

15,000 Dollars

**I received from:** Arab Liberation Front

**The abovementioned sum which is:** Fifteen Thousand Dollars

**This is for:** The Grace of the President Commander Saddam Hussein for the family of the martyr Nabil Mahmud Jamil Halabiya, received by [illegible] Fatima Ali Husein Halabiya

**Date:** 22/1/2002

                    **Siganture:** (-) Fatima Ali Husein