# EXHIBIT A

**Palestine Investment Bank** — بنك الاستثمار الفلسطيني
899 - Albireh   20000080
A/C : 02-02-040-04198515
ID#: 0
TEL : 0
PAY TO, OR ORDER: رانية صدقي عبد الحميد نابلسي
THE SUM OF: مبلغ عشرة الاف دولار أمريكي
$ 10,000
DATE: ٢٠٠٢/٢/ح
⑆20000080⑆ ⑆76⑆899024⑆ 0⑆004198514⑆

---

**Palestine Investment Bank** — بنك الاستثمار الفلسطيني
899 - Albireh   20000079
A/C : 02-02-040-04198515
ID#: 0
TEL : 0
PAY TO, OR ORDER: هناء عبد الناصر احمد حديب
THE SUM OF: مبلغ عشرة الاف دولار أمريكي
$ 10,000
DATE: ٢٠٠٢/٢/ح
⑆20000079⑆ ⑆76⑆899024⑆ 0⑆004198514⑆

---

**Palestine Investment Bank** — بنك الاستثمار الفلسطيني
899 - Albireh   20000078
A/C : 02-02-040-04198515
ID#: 0
TEL : 0
PAY TO, OR ORDER: محمد عبد حسين بحر
THE SUM OF: مبلغ خمسة عشرة الف دولار أمريكي
$ 15,000
DATE: ٢٠٠٢/١/ح
⑆20000078⑆ ⑆76⑆899024⑆ 0⑆004198514⑆

---

**Palestine Investment Bank** — بنك الاستثمار الفلسطيني
899 - Albireh   20000077
A/C : 02-02-040-04198515
ID#: 0
TEL : 0
PAY TO, OR ORDER: فاطمة علي حسين جلبية
THE SUM OF: مبلغ خمسة عشرة الف دولار أمريكي
$ 15,000
DATE: ٢٠٠٢/١/ح
⑆20000077⑆ ⑆76⑆899024⑆ 0⑆004198514⑆

المشروع الأمريكي

**سند قبض**
**RECEIPT VOUCHER**  دولار  15,000

Received From وصلني من جمعية تكريم العربية رسم مكرمة رئيس الجامعة إلى

The sum of المبلغ المرقوم اعلاه وقدره خمسة عشرة الف دولار أبريل

Being وذلك عن مكرمة رئيس الجامعة حسن لوالد الشهيد
اسامة محمد عيد حسين بحر لوالده محمد عيد حسين بحر

Date التاريخ ٢٠٠٦/٤/٢٢   Sig التوقيع محمد عيد بحر

---

المشروع الأمريكي

رقم الهوية
942715335

**سند قبض**
**RECEIPT VOUCHER**  دولار 15,000

Received From وصلني من جمعية تكريم العربية

The sum of المبلغ المرقوم اعلاه وقدره خمسة عشرة الف دولار أبريل

Being وذلك عن مكرمة رئيس صدام حسين لعائلة الشهيد
نبيل محمود جميل حليقة يستلم والكفيل فاطمة علي حسين حليقة

Date التاريخ ٢٠٠٦/٤/٢٢   Sig التوقيع فاطمة علي حسين

# ENGLISH TRANSLATION OF CHECKS AND RECEIPT VOUCHERS

*Martyr*

*Mazen al-Nabulsi* *Jerusalem*

| | |
|---|---|
| Palestine Investment Bank | A/C: 02-02-040-04198515 |
| 899-Al-Bireh    20000080 | ID#: 0 |
| Al-Bireh Branch | Tel: 0 |
| Pay to, or Order: Raniya Fahmi Abd al-Hamid Nabulsi | |
| The Sum of: Ten Thousand American Dollars | $10,000 |
| Signature:  (-) | Date: 22/1/2002 |
| Cheque no.    Branch no.    Account no. | |
| 20000080       76 89902       0400419851 | |

*Martyr*

*Abd al-Naser Hadib* *Jericho*

| | |
|---|---|
| Palestine Investment Bank | A/C: 02-02-040-04198515 |
| 899-Al-Bireh    20000079 | ID#: 0 |
| Al-Bireh Branch | Tel: 0 |
| Pay to, or Order: Hanan Abd al-Naser Ahmad Hadib | |
| The Sum of: Ten Thousand American Dollars | $10,000 |
| Signature:  (-) | Date: 22/1/2002 |
| Cheque no.    Branch no.    Account no. | |
| 20000079       76 89902       0400419851 | |

*Martyr* *Jerusalem*

*Usama Muhammad* *Dahiyat*

*Ayd Baher* *Al-Barid*

| Palestine Investment Bank | A/C: 02-02-040-04198515 |
|---|---|
| 899-Al-Bireh      20000078 | ID#: 0 |
| Al-Bireh Branch | Tel: 0 |
| Pay to, or Order: Muhammad Ayd Husein Baher ||
| The Sum of: Fifteen Thousand American Dollars | $15,000 |
| Signature:  (-) | Date: 22/1/2002 |
| Cheque no.          Branch no.          | Account no. |
| 20000078              76 89902 | 0400419851 |

*Received by*

*Khader Muhammad Asad* *Abu Dis*

*Burqan* *Jerusalem*

| Palestine Investment Bank | A/C: 02-02-040-04198515 |
|---|---|
| 899-Al-Bireh      20000077 | ID#: 0 |
| Al-Bireh Branch | Tel: 0 |
| Pay to, or Order: Fatima Ali Husein Halabiya ||
| The Sum of: Fifteen Thousand American Dollars | $15,000 |
| Signature:  (-) | Date: 22/1/2002 |
| Cheque no.          Branch no.          | Account no. |
| 20000077              76 89902 | 0400419851 |

*Martyr*

*Nabil Mahmud*

*Jamil Halabiya*

[Illegible]

---

**Receipt Voucher**

15,000 Dollars

**I received from:** Arab Liberation Front/ President Saddam Hussein's Grace

**The abovementioned sum which is:** Fifteen Thousand Dollars

**This is for:** The Grace of the President Commander Saddam Hussein for the Father of the martyr Usama Muhammad Ayd Husein Bahar to his father, Muhammad Ayd Husein Bahar

**Date:** 22/1/2002          **Signature:** (-)Muhammad Ayd Husein

---

ID no. 942715335

**Receipt Voucher**

15,000 Dollars

**I received from:** Arab Liberation Front

**The abovementioned sum which is:** Fifteen Thousand Dollars

**This is for:** The Grace of the President Commander Saddam Hussein for the family of the martyr Nabil Mahmud Jamil Halabiya, received by [illegible] Fatima Ali Husein Halabiya

**Date:** 22/1/2002

                    **Siganture:** (-) Fatima Ali Husein