# EXHIBIT D

```
CONTROL REPORT (CONTD)       08/23/01  22:54
SEQ NUM: (CONT)   010823501282  CREATED: 08/23/01 15:30:48.64
AUTHENTICATION STATUS:
INBOUND MESSAGE AUTH RESULT:
CALCULATED AUTH RESULT:
RECEIPT ACK/NAK STATUS:
RECEIPT ACK/NAK COMMKEY:
DELIVERY ACK/NAK STATUS:
DELIVERY ACK/NAK COMMKEY:


        TIMESTAMP          OPERATOR       INITS PROCESS  TERMINAL

08/23/01 15:30  27197SA MENDOZA       AXM  8X193  \EUEA7
        CREATED BY THE FUNDS TRANSFER OPERATOR.
08/23/01 15:35  1975S WILLIAMS        SW         \EICE
        APPROVAL REQUEST SENT FROM ORF TO EDSPLANO.
08/23/01 15:35                        3001A
        APPROVAL REQUEST APPROVED BY EDSPLANO.
08/23/01 15:59  1975J CURRY           JMC        \EUEA6
        REVIEWED AND APPROVED BY THE REVIEW/RELEASE OPERATOR.
08/23/01 15:59                        SWCPA
        DOMESTIC TRANSACTION CREATED.
08/23/01 15:59                        SWCPA
        QUEUED TO THE DOMESTIC OUTBOUND FORMATTER.
08/23/01 15:59                        1F11A
        TRANSMITTED TO FED USING REFNUM/DMSN 00163S AT 15:59

CALLER (SRC):
    MAISSAM MAHMOUD
ORIGINATOR (ORG):
    /D001070001258
    HOLYLAND FOUNDATION GENERAL
    P O BOX 832390
    RICHARDSON, TX 75083
RECEIVING BANK (RCU):           OPTION: A  SW ADDR: CHASUS33
    CHASE MANHATTAN BANK, THE
    NEW YORK,NY
BENEFICIARY'S BANK (BBK):       OPTION: D
    VIA CHASE MANHATTAN FFC ARAB JORDAN
    INVESTMENT BK SWF AJIBJOAX AMMAN
    JORDAN FFC PALESTINE INVESTMENT BK
    BEERAH BR RAMALLAH ISRAEL
BENEFICIARY (BNF):              OPTION: D
    ACCT:  /41914
    HOLYLAND FOUNDATION
CHARGES TO (CHG):
    BEN
```

                                              FRAME N 20

DLG.I32 0001796

2578

```
CONTROL REPORT (CONT:
SEQ NUM: (CONT)     0
AUTHENTICATION STATUS
INBOUND MESSAGE AUTH
CALCULATED AUTH RESUL
RECEIPT ACK/NAK STATU
RECEIPT ACK/NAK COMMK
DELIVERY ACK/NAK STAT
DELIVERY ACK/NAK COMM


        TIMESTAMP

08/23/01 15:34  27197
        CREATED BY T
08/23/01 15:35  1975S
        APPROVAL REC
08/23/01 15:35
        APPROVAL REC
08/23/01 15:38  1975M
        REVIEWED AND
08/23/01 15:38
        FORMATTED FC
08/23/01 15:38
        QUEUED TO TH
08/23/01 15:38
        TRANSMITTED
08/23/01 15:38
        POSITIVE REC
08/23/01 15:38
        DOMESTIC TRA
08/23/01 15:38
        SENT FOR DIS
08/23/01 15:38
        FULL COMMLOG

CALLER (SRC):
    M DE LA CRUZ/MARI
ORIGINATOR (ORG):
    /601003150864
    GEORGINA E FELIX
    5 DE FEBRERO 565
    CD OBREGON SONORA
RECEIVING BANK (RCU):
    BBVA BANCOMER, S.
    MEXICO
    (PAYMENT ORDERS D
BENEFICIARY'S BANK (B
    BANCOMER
    SUCURSAL NAINARI
    SONORA MEXICO,
BENEFICIARY (BNF):
    ACCT:  /398500482
    GEORGINA ESQUER A
CHARGES TO (CHG):
    BEN
```