# EXHIBIT E

C. No later than December 1, 1996, a feasibility study of remediation designs and options to be used for the effective control of corrosion under mainline insulated piping will be completed. A schedule will be provided so that OPS will have the opportunity to witness the internal inspection tool corrosion survey evaluation and installation of any remedial corrective systems.

In view of these reasons and those stated in the foregoing discussion, RSPA, by this order, finds that a waiver of compliance with 49 CFR 195.238(a)(5) and 195.242(a) is consistent with pipeline safety. Accordingly, Alyeska Pipeline Service Company's petition from compliance with the above stipulations is hereby granted.

Issued in Washington, D.C. on August 23, 1995.

**Richard B. Felder,**
*Associate Administrator for Pipeline Safety.*
[FR Doc. 95–21345 Filed 8–28–95; 8:45 am]
**BILLING CODE 4910–60–P**

# DEPARTMENT OF THE TREASURY

## Fiscal Service

**[Dept. Circ. 570, 1994—Rev., Supp. No. 22]**

## Surety Companies Acceptable on Federal Bonds; Change of Name and Suspension of Authority

Lawyers Surety Corporation, a Texas corporation has formally changed its name to CENTURY AMERICAN CASUALTY COMPANY, effective November 4, 1994.

Notice is hereby given that the Certificate of Authority issued by the Treasury to CENTURY AMERICAN CASUALTY COMPANY, of Dallas, Texas, under the United States Code, Title 31, Sections 9304–9308, to qualify as an acceptable surety on Federal bonds was suspended, effective June 30, 1995. The suspension will remain in effect until further notice.

The Company was last listed as an acceptable surety on Federal bonds at 59 FR 34164, July 1, 1994. Federal bond-approving officers should annotate their reference copies of Treasury Circular 570 to reflect the suspension.

With respect to any bonds currently in force with CENTURY AMERICAN CASUALTY COMPANY, Federal bond-approving officers may let such bonds run to expiration and need not secure new bonds. However, no new bonds should be accepted from the Company. In addition, bonds that are continuous in nature should not be renewed.

Questions concerning this notice may be directed to the U.S. Department of the Treasury, Financial Management Service, Funds Management Division, Surety Bond Branch, 3700 East-West Highway, Room 6F04, Hyattsville, MD 20782, telephone (202) 874–7116.

Dated: August 18, 1995.

**Charles F. Schwan III,**
*Director, Funds Management Division, Financial Management Service.*
[FR Doc. 95–21435 Filed 8–28–95; 8:45 am]
**BILLING CODE 4810–35–M**

## Office of Foreign Assets Control

## List of Specially Designated Terrorists Who Threaten to Disrupt the Middle East Peace Process; Additional Name

**AGENCY:** Office of Foreign Assets Control, Treasury.
**ACTION:** Notice of Blocking.

**SUMMARY:** The Treasury Department is adding the name of an individual to the list of blocked persons who have been found to have committed, or to pose a risk of committing, acts of violence that have the purpose of disrupting the Middle East peace process or have assisted in, sponsored, or provided financial, material or technological support for, or service in support of, such acts of violence, or are owned or controlled by, or to act for or on behalf of other blocked persons.

**EFFECTIVE DATE:** August 29, 1995 or upon prior actual notice.

**FOR FURTHER INFORMATION:** Office of Foreign Assets Control, Department of the Treasury, 1500 Pennsylvania Ave., N.W., Washington, DC 20220; Tel.: (202) 622–2420.

**SUPPLEMENTARY INFORMATION:**

### Electronic Availability

This document is available as an electronic file on *The Federal Bulletin Board* the day of publication in the **Federal Register**. By modem dial 202/512–1387 and type ''/GO FAC'' or call 202/512–1530 for disks or paper copies. This file is available for downloading in WordPerfect 5.1, ASCII, and Postscript formats. The document is also accessible for downloading in ASCII format without charge from Treasury's Electronic Library (''TEL'') in the ''Business, Trade and Labor Mall'' of the Fed World bulletin board. By modem dial 703/321–3339, and select self-expanding file ''T11FR00.EXE'' in TEL. For Internet access, use one of the following protocols: Telnet = fedworld.gov (192.239.93.3); World Wide Web (Home Page) = http://www.fedworld.gov; FTP = ftp.fedworld.gov (192.239.92.205).

### Background

On January 23, 1995, President Clinton signed Executive Order 12947, ''Prohibiting Transactions with Terrorists Who Threaten to Disrupt the Middle East Peace Process'' (60 FR 5079, Jan. 25, 1995—the ''Order'' or ''E.O. 12947''). The Order blocks all property subject to U.S. jurisdiction in which there is any interest of 12 Middle East terrorist organizations included in an Annex to the Order. In addition, the Order blocks the property and interests in property of persons designated by the Secretary of State, in coordination with the Secretary of Treasury and the Attorney General, who are found 1) to have committed or to pose a significant risk of disrupting the Middle East peace process, or 2) to assist in, sponsor or provide financial, material, or technological support for, or services in support of, such acts of violence. The order further blocks all property and interests in property subject to U.S. jurisdiction in which there is any interest of persons determined by the Secretary of the Treasury, in coordination with the Secretary of State and the Attorney General, to be owned or controlled by, or to act for or on behalf of any other person designated pursuant to the Order (collectively ''Specially Designated Terrorists'' or ''SDTs'').

The order also prohibits any transaction or dealing by a United States person or within the United States in property or interests in property of SDTs, including the making or receiving of any contribution of funds, goods, or services to or for the benefit of such persons.

Designations of persons blocked pursuant to the Order are effective upon the date of determination by the Secretary of State or his delegate, or the Director of the Office of Foreign Assets Control acting under authority delegated by the Secretary of the Treasury. Public notice of blocking is effective upon the date of publication in the Federal Register, or upon prior actual notice.

The following name is added to the list of Specially Designated Terrorists:

ABU MARZOOK, Mousa Mohammed (a.k.a. MARZUK, Musa Abu) (a.k.a. ABU–MARZUQ, Dr. Musa) (a.k.a. MARZOOK, Mousa Mohamed Abou) (a.k.a. ABU–MARZUQ, Sa'id) (a.k.a. ABU–'UMAR), Political Leader in Amman, Jordan and Damascus, Syria for HAMAS; DOB 09 February 1951; POB Gaza, Egypt; Passport No. 92/664 (Egypt); SSN 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.

Dated: August 16, 1995.

**R. Richard Newcomb,**
*Director, Office of Foreign Assets Control.*

Approved: 21, 1995.

**John P. Simpson,**
*Deputy Assistant Secretary (Regulatory, Tariff & Trade Enforcement).*

[FR Doc. 95–21325 Filed 8–23–95; 4:17 pm]

**BILLING CODE 4810–25–F**