# EXHIBIT 1



## Certified Translation of Palestine Investment Bank Check No. 20000080

| | | |
|---|---|---|
| *Palestine Investment Bank* | [PIB Logo] | A/C: 02-02-040-04198[cut off]5 |
| **Palestine Investment Bank** | | ID#:  0 |
| **899   Albireh   20000080** | | TEL:  0 |
| *Albireh Branch* | | 232/20 |

**PAY TO, OR ORDER** *Pay to, or order:*   Raniya Fahmi Abd al-Hamid Nabulsi
**THE SUM OF** *The Sum of:*   Ten Thousand American Dollars       $ // 10,000 //

_____[Illegible Signature]_____       ____22/1/2002____
**Signature**      *Signature*       **DATE:**   *Date:*

[Bank Stamp reading the following:]

*Palestine Investment Bank*
*Albireh Branch*
**29-01-2002**
*Paid in Cash*

[Three Bank Stamps reading the following:]

| *Approval to Disburse* | *Signature verification* | *Check verification* |
|---|---|---|
| [Illegible Signature] | [Illegible Signature] | [Illegible Signature] |

**CHEQUE NO.** *Cheque Number*      **BRANCH NO.** *Branch Number*      **Account NO.** *Account Number*
**20000080**                          **76 89902**                       **0400419851**

**Translator's Note:** In translating this document, I have rendered my English translation of the original Arabic text in *Italic* font, while text found in English on the original document is rendered in **bolded** font. Text in between brackets is not found in the original document, but has been added for clarity.



## Certified Translation of Palestine Investment Bank Check No. 20000079

*Palestine [cut off] Bank*
**Palestine Investment Bank**
**899**   *Albireh*   **20000079**
*Albireh Branch*

[PIB Logo]

*A/C:* 02-02-040-0 [cut off] 8515
*ID#:*   0
*TEL:*   0

100/11

**PAY TO, OR ORDER** *Pay to, or order:*   Hanan Abd al-Nasser Ahmad Hadib
**THE SUM OF** *The Sum of:*   Ten Thousand American Dollars

$ // 10,000 //

[Illegible Signature]
**Signature**   *Signature*

22/1/2002
**DATE:**   *Date:*

[Bank Stamp reading the following:]

Palestine Investment Bank
Albireh Branch
**26-01-2002**
Paid in Cash

[Three Bank Stamps reading the following:]

*Approval to Disburse*   *Signature verification*   *Check verification*
[Illegible Signature]   [Illegible Signature]   [Illegible Signature]

**CHEQUE NO.**   *Cheque Number*
**20000079**

**BRANCH NO.**   *Branch Number*
**76 89902**

**Account NO.**   *Account Number*
**0400419851**

**Translator's Note:** In translating this document, I have rendered my English translation of the original Arabic text in *Italic* font, while text found in English on the original document is rendered in **bolded** font. Text in between brackets is not found in the original document, but has been added for clarity.





## Certified Translation of Palestine Investment Bank Check No. 20000078

**Palestine Investment Bank**
*Palestine Investment Bank*
**899   Albireh      20000078**
*Albireh Branch*

[PIB Logo]

A/C: 02-02-040-04198515
ID#:           0
TEL:   0

190/43

**PAY TO, OR ORDER** *Pay to, or order:*   Muhammad Eid Husein Baher
**THE SUM OF** *The Sum of:*   Fifteen Thousand American Dollars

$ // 15,000 //

____[Illegible Signature]_____
**Signature**          *Signature*

_____22/1/2002_____
**DATE:**          *Date:*

[Bank Stamp reading the following:]

*Palestine Investment Bank*
*Albireh Branch*
**26-01-2002**
*Paid in Cash*

[Three Bank Stamps reading the following:]

| *Approval to Disburse* | *Signature verification* | *Check verification* |
| [Illegible Signature] | [Illegible Signature] | [Illegible Signature] |

**CHEQUE NO.** *Cheque Number*
**20000078**

**BRANCH NO.** *Branch Number*
**76 89902**

**Account NO.** *Account Number*
**0400419851**

**Translator's Note:** In translating this document, I have rendered my English translation of the original Arabic text in *Italic* font, while text found in English on the original document is rendered in **bolded** font.  Text in between brackets is not found in the original document, but has been added for clarity.



## Certified Translation of Palestine Investment Bank Check No. 20000077

*Palestine Investment Bank*
**Palestine Investment Bank**
**899   Albireh   20000077**
*Albireh Branch*

[PIB Logo]

A/C: 02-02-040-04198515
ID#:   0
TEL:   0

199/51

**PAY TO, OR ORDER** *Pay to, or order:*   Fatima Ali Husein Halabiya
**THE SUM OF** *The Sum of:*   Fifteen Thousand American Dollars

$ // 15,000 //

_____[Illegible Signature]_____
**Signature**   *Signature*

22/1/2002
**DATE:**   *Date:*

[Bank Stamp reading the following:]

*Palestine Investment Bank*
*Albireh Branch*
**28-01-2002**
*Paid in Cash*

[Three Bank Stamps reading the following:]
*Approval to Disburse*   *Signature verification*   *Check verification*
[Illegible Signature]   [Illegible Signature]   [Illegible Signature]

**CHEQUE NO.** *Cheque Number*
**20000077**

**BRANCH NO.** *Branch Number*
**76 89902**

**Account NO.** *Account Number*
**0400419851**

**Translator's Note:** In translating this document, I have rendered my English translation of the original Arabic text in *Italic* font, while text found in English on the original document is rendered in **bolded** font. Text in between brackets is not found in the original document, but has been added for clarity.