SQUIRE PATTON BOGGS

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C. 20037

O +1 202 457 6000
F +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T +1 202 457 6155
gassan.baloul@squirepb.com

August 14, 2026

Hon. Joseph A. Marutollo
United States Magistrate Judge
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE: *Spetner, et al. v. Palestine Investment Bank*, No. 1:19-cv-005-EK-JAM (E.D.N.Y.)**

Dear Judge Marutollo:

Pursuant to the Court's order of July 30, 2026, we hereby submit this joint status report on behalf of all parties.

The parties have executed the ESI protocol, which we submit herewith and request that the Court so-order.

While the parties have continued to engage in meet-and-confer communications regarding a potential bellwether approach, the parties now are in receipt of and are in the process of reviewing Judge Komitee's Memorandum & Order of yesterday (ECF 110), which dismissed Plaintiffs' first claim with prejudice, dismissed Plaintiffs' third claim without prejudice, and dismissed the claims of seven individual Plaintiffs. Judge Komitee's Memorandum & Order further directs that, "If plaintiffs wish to amend their complaint to cure the defects identified herein, they must do so within twenty-eight days. The parties are directed to confer and schedule a conference with Magistrate Judge Marutollo for the purpose of adjusting the discovery schedule, if necessary, in light of this Order."

Pursuant to Judge Komitee's Memorandum & Order, the Plaintiffs' further amended complaint (if any) is due by September 10, 2026. Whether or not Plaintiffs file a further amended complaint, the parties will need to consider the impact of Judge Komitee's rulings on the potential bellwether approach previously discussed, as well as a discovery schedule. Accordingly, the parties respectfully propose that they submit a further joint status report by September 23, 2026.

49 Offices across 4 continents. Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit squirepattonboggs.com for more information.

We thank the Court for its attention to this matter.

Respectfully submitted.

/s/ *Gassan A. Baloul*
Gassan A. Baloul

cc: All counsel of record (via ECF)