OSEN LLC
ATTORNEYS AT LAW

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

44 South Broadway, White Plains, NY 10601
T: 212 354 0111
www.osenlaw.com

September 2, 2026

**VIA ECF**

Hon. Eric R. Komitee
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *Spetner, et al. v. Palestine Investment Bank*, No. 19-cv-5 (E.D.N.Y.)**

Dear Judge Komitee:

Plaintiffs write to formally request that the Court adjourn the deadline to file the Fourth Amended Complaint until 14 days after the Court rules on Plaintiffs' motion for reconsideration ("Reconsideration Motion," Dkt. No. 114) of the Court's decision dismissing Plaintiffs' Third Claim for Relief ("Dismissal Decision," Dkt. No. 110). The amended complaint is currently due September 10, 2026. *See* Dismissal Decision at 42-43. Plaintiffs have made no previous requests for an adjournment of this deadline.

Plaintiffs provided the basis for the request in their response (Dkt. No. 116) to Defendant's motion to stay the Reconsideration Motion ("Stay Motion," Dkt. No. 115). In short, there is little reason to amend the complaint before the Court rules on the Reconsideration Motion, including as to the allegations the Dismissal Decision did not address. Amending now only risks having to amend the complaint yet again should the Court reconsider any aspect of the Dismissal Decision.

As indicated in Dkt. Nos. 115 and 116, Plaintiffs asked Defendant for its position on this request, and Defendant indicated it opposed it. As stated in its letter, Defendant argues its proposal is the "more efficient route"—which would have (1) the Court stay the Reconsideration Motion, (2) Plaintiffs amend the complaint now, (3) the parties brief a motion to dismiss that complaint, (4) the Court rule on that motion, which may "moot *some*" of the issues in the Reconsideration Motion, and then (5) the parties resume briefing on the Reconsideration Motion. Dkt. No. 115 at 1, 2. If the Court then reconsiders any of the issues not yet "moot[ed]," Plaintiffs would perhaps have to amend their complaint yet again.

Plaintiffs disagree that this is "more efficient" than adjournment.

Respectfully submitted,

/s/ Michael Radine

cc: All counsel via ECF