SQUIRE PATTON BOGGS

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C. 20037

O +1 202 457 6000
F +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T +1 202 457 6155
gassan.baloul@squirepb.com

September 2, 2026

Hon. Eric R. Komitee
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE: *Spetner, et al. v. Palestine Investment Bank,* No. 1:19-cv-005-EK-JAM (E.D.N.Y.)**

Dear Judge Komitee:

We represent Defendant Palestine Investment Bank ("PIB") and write in response to Plaintiffs' Motion for Extension of Time to Amend the Complaint (ECF 118) (the "Motion"), filed earlier today.

Plaintiffs' Motion requests that the Court adjourn the deadline for Plaintiffs to amend their complaint until 14 days after the Court rules on Plaintiffs' motion for reconsideration. But for the reasons explained in PIB's letters regarding Plaintiffs' motion for reconsideration, ECF 115 and ECF 117, the more efficient route is to deny Plaintiffs' motion for reconsideration without prejudice or stay the motion pending disposition of a motion to dismiss the Fourth Amended Complaint. This Court's decision on the motion to dismiss outlined the "precise defects" of the Third Amended Complaint, *see Loreley Fin. (Jersey) No. 3 Ltd. v. Wells Fargo Sec., LLC*, 797 F.3d 160, 191 (2d Cir. 2015), and the logical next step is for Plaintiffs to amend their complaint to attempt to cure those defects. ECF 110 at 42 (providing Plaintiffs the opportunity "to amend their complaint to cure the defects identified herein"). The issues raised in Plaintiffs' motion for reconsideration can be fully addressed in the context of a motion to dismiss the forthcoming Fourth Amended Complaint.

As noted previously, Plaintiffs sought the consent of PIB as to the relief requested in this motion. ECF 115 at 2. For the reasons explained in PIB's letters, PIB opposes deferring amendment of the complaint until after the motion for reconsideration is decided, but does not oppose a reasonable extension of Plaintiffs' time to file a Fourth Amended Complaint.

49 Offices across 4 continents. Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit squirepattonboggs.com for more information.

Respectfully submitted,

/s/ *Gassan A. Baloul*
Gassan A. Baloul

*Attorneys for Defendant Palestine Investment Bank*

cc: All Counsel by ECF