SQUIRE PATTON BOGGS

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C. 20037

O +1 202 457 6000
F +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T +1 202 457 6155
gassan.baloul@squirepb.com

September 4, 2026

**VIA ECF**

Hon. Joseph A. Marutollo
United States Magistrate Judge
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE: *Spetner, et al. v. Palestine Investment Bank*, No. 1:19-cv-005-EK-JAM (E.D.N.Y.)**

Dear Judge Marutollo:

We write on behalf of all parties to provide the Court with a proposed discovery schedule. *See* Sept. 2, 2026, Minute Order. The parties have already made progress on discovery, namely exchanging initial disclosures and filing a protective order (Dkt. No. 91) and ESI protocol (Dkt. No. 111-1). However, several open issues remain that will impact the precise scope and total length of the discovery process.

*First*, while the parties disagree as to the proper scope of discovery given the Court's order on Defendant's motion to dismiss, *see* Dkt. No. 110, they agree that the scope of discovery will be affected by the Court's ruling on Plaintiffs' motion for reconsideration, *see* Dkt. No. 114. They have thus agreed that fact discovery can be phased to start with Plaintiffs' allegations relating to Defendant's alleged material support to the Arab Liberation Front and its alleged agents ("ALF-related claims"), which are the focus of the Court's order on the motion to dismiss.

*Second*, as the parties have noted, they have been discussing proceeding with bellwether attacks for discovery and trial. *See* Dkt. No. 111. Any potential bellwether approach also may be impacted by the Court's ruling on the motion for reconsideration, and how this issue is resolved will, in turn, impact the scope of discovery.

*Third*, PIB will evaluate promptly after service of Plaintiffs' discovery requests whether it will be compelled to object to the production of certain information on the basis of foreign bank secrecy laws. Such objections frequently arise in Anti-Terrorism Act cases, and their resolution can significantly extend the discovery timeline.[1]

---

[1] *See, e.g.*, *Linde v. Arab Bank, PLC*, No. 04-cv-2799 (E.D.N.Y.) (bank secrecy briefing from 2005-2013), *Miller v. Arab Bank, PLC*, No. 18-cv-2192 (E.D.N.Y.) (bank secrecy briefing from 2022 to the present).

49 Offices across 4 continents. Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit squirepattonboggs.com for more information.

Assuming that foreign bank secrecy law objections are not raised or are resolved, the parties propose the following discovery schedule, cognizant that it may require substantial adjustment based on the Court's ruling on Plaintiffs' pending motion for reconsideration and PIB's anticipated motion to dismiss Plaintiffs' Fourth Amended Complaint:

- Initial document requests and interrogatories served by October 12, 2026, following completion of briefing on Plaintiffs' motion for reconsideration on October 8;[2]
- Initial responses thereto served by November 12, 2026;
- Amendment of the pleadings will be permitted in accordance with the Court's Sept. 3, 2026, Order;
- No additional parties may be joined after 14 days following the Court's ruling on Plaintiffs' Motion for Reconsideration, *see id.*;
- Fact discovery to be completed by December 31, 2027 ***or*** one year after Plaintiffs' filing of their Fourth Amended Complaint, whichever is later;
- Plaintiffs and Defendant shall make expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) by June 31, 2028 ***or*** six months after the close of fact discovery, whichever is later;
- Proponent's expert witness reports exchanged by August 15, 2028 ***or*** 45 days after initial expert disclosures, whichever is later;
- Rebuttal expert witness reports exchanged by September 15, 2028 ***or*** one month after the exchange of rebuttal expert witness reports, whichever is later;
- Expert discovery, including expert depositions, completed by November 15, 2028 ***or*** two months after the exchange of rebuttal expert witness reports, whichever is later; and
- Summary judgment submissions by January 15, 2029 ***or*** two months after the completion of expert discovery, whichever is later.

The parties look forward to discussing these issues with the Court at the September 9, 2026, conference.

[2] Plaintiffs' requests would initially be limited to the ALF-related claims, with a reservation of the right to seek broader discovery contingent on the Court's ruling on Plaintiffs' pending motion for reconsideration.

Respectfully submitted,

/s/ *Gassan A. Baloul*
Gassan A. Baloul

*Attorneys for Defendant Palestine Investment Bank*

cc: All Counsel by ECF